# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN (WENDY) CLOUSER, | Case No. EDCV 20-277-KK |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL** |
| DOVES OF BIG BEAR VALLEY, INCORPORATED, ET AL., | |
| Defendant (s). | |

    The Court, having read and considered the parties' Stipulation for voluntary dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,

    IT IS HEREBY ORDERED that the request for dismissal of the entire case with prejudice is GRANTED, and each party is to bear its own fees and costs incurred in this matter.

Dated: May 15, 2020

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge